# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133123

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                        SC: 133123
                                        COA: 271958
                                        Kent CC: 97-003376-FC

JAMES M. DEWEESE,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.

KELLY, J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Houlihan*, 480 Mich 1165 (2008).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

                                        _____
d0616                                        Clerk